IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DWAYNE JOHNSON,** | : Civil No. 1:22-cv-0731 |
| **Plaintiff,** | : |
| | : **(Judge Sylvia H. Rambo)** |
| v. | : |
| **RYAN FLENKE, et al,,** | : |
| **Defendants.** | : |

## O R D E R

AND NOW, this 15th day of July, 2022, upon consideration of Magistrate Judge Carlson's Report and Recommendation (Doc. 6), which recommends, upon an initial screening of the *pro se* complaint, that the complaint be dismissed without prejudice as to the human defendants and denied with prejudice as to the canine defendant, and noting that no objections have been filed, and further noting that, on June 9, 2022, the plaintiff filed an amended complaint, **IT IS HEREBY ORDERED AS FOLLOWS**:

1) The Report and Recommendation is **ADOPTED**;

2) The civil rights complaint (Doc. 1) is **DISMISSED** without prejudice as to human defendants Flenke, Bloss, Payne, Wilt, Kjeselowsky and Walsh, and with prejudice as to the dog, JT-K9; and

3) The case is remanded to the magistrate judge for review of the amended complaint (Doc. 7).

s/Sylvia H. Rambo
Sylvia H. Rambo
United States District Judge