UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DWAYNE JOHNSON, SR., | : | Civil No. 1:22-CV-731 |
| Plaintiff, | : | |
| v. | : | (Judge Rambo) |
| RYAN FLENKE, et al., | : | (Magistrate Judge Carlson) |
| Defendants. | : | |

**MEMORANDUM ORDER**

**THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:**

This is a pro se lawsuit filed by a former prisoner. Recently a series of letters sent by the court to the last addresses provided by the plaintiff have been returned as undeliverable. (Docs. 22-24). As a *pro se* litigant the plaintiff's failure to maintain an address where he can be reached itself violates the rules of this court; specifically, Local Rule 83.18, which provides that:

> **LR 83.18 Appearance of Parties Not Represented by Counsel.**
>
> Whenever a party by whom or on whose behalf an initial paper is offered for filing is not represented in the action, such party shall maintain on file with the clerk a current address at which all notices and copies of pleadings, motions or papers in the action may be served upon such party.

Accordingly, we place the plaintiff on notice that, under the Local Rules of this Court the plaintiff may be deemed to have abandoned this lawsuit by failing to provide the court with an address where he can be reached. This on-going violation of Local

1

Rule 83.18, permits the court to find that he has abandoned this litigation. In this circumstance, dismissal of this action for failure to abide by court orders or the rules of this court, and failure to prosecute, is fully justified. See, e.g., Juaquee v. Pike County Corr. Facility Employees, 3:12-CV-1233, 2013 WL 432611 (M.D. Pa. Feb. 1, 2013); Kuhn v. Capitol Pavilion, 1:11-CV-2017, 2012 WL 5197551 (M.D. Pa. Oct. 19, 2012); Educ. Mgmt. Services, Inc. v. Pennsylvania, 1:10-CV-00441, 2012 WL 2389874 (M.D. Pa. June 25, 2012); Olguin v. Burgerhoff, 1:12-CV-0003, 2012 WL 1580935 (M.D. Pa. May 4, 2012); Nowland v. Lucas, 1:10-CV-1863, 2012 WL 10559 (M.D. Pa. Jan. 3, 2012); Binsack v. Lackawanna County Dist. Attorney's Office, 3:08-CV-1166, 2011 WL 5840314 (M.D. Pa. Nov. 21, 2011); Washington v. Columbia County Prison, 3:CV-10-45, 2011 WL 98547 (M.D. Pa. Jan. 12, 2011).

Therefore, IT IS ORDERED that the plaintiff comply with Local Rule 83.18 on or before **March 31, 2023** by providing us with an address where we can communicate with the plaintiff or face the sanction provided under that rule, dismissal of this case.

So ordered this 13th day of March 2023.

S/Martin C. Carlson  
Martin C. Carlson  
United States Magistrate Judge